Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Arlander Keys | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 485 | **DATE** | 6/23/2008 |
| **CASE TITLE** | USA v. Guzman | | |

**DOCKET ENTRY TEXT**

Daniel Martin withdraws his appearance as counsel for Defendant. Edmund P. Wanderling files his appearance as retained counsel for Defendant. The Defendant waives his right to Preliminary Examination. Enter a finding of probable cause. The Defendant is ordered Bound to the District Court for further proceedings. Detention hearing held. The Defendant is ordered released. The Defendant will post a $25,000 bond secured by property located at 1708 N. 18th Ave., in Melrose Park, IL. before the close of the business day on 7/2/08. Status hearing set for 7/2/08 at 9:30 a.m.

Docketing to mail notices.

00:08;

| | Courtroom Deputy Initials: | AC |
|---|---|---|