# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Arlander Keys | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 485 | **DATE** | 7/2/2008 |
| **CASE TITLE** | USA vs. Clemente Guzman | | |

**DOCKET ENTRY TEXT**

Status hearing held. The Parties appeared and informed the Court that the defendant will post a $25,000.00 bond secured by property located at 1708 North 18th Ave, in Melrose Park, Illinois, before the close of the business day today.

Docketing to mail notices.

00:03

| | | Courtroom Deputy Initials: | AC |
|---|---|---|---|

U.S. DISTRICT COURT
CLERK
2008 JUL -8 AM 11:48
FILED-EOD