IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 08 CR 485 |
| vs. ) | |
| ) | Magistrate Judge Arlander Keys |
| CLEMENTE GUZMAN ) | |

**GOVERNMENT'S UNOPPOSED MOTION TO DISMISS CRIMINAL COMPLAINT**

The UNITED STATES OF AMERICA, through its attorney, PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, respectfully moves for leave of Court to dismiss the Criminal Complaint issued on June 19, 2008, pursuant to Federal Rule of Criminal Procedure 48(a).

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By:   s/Nathalina A. Hudson
Nathalina A. Hudson
Assistant United States Attorney
219 South Dearborn, 5th Floor
Chicago, Illinois 60604
(312) 353-1123

## Certificate of Service

The undersigned, an attorney, hereby certifies that a true and correct copy of this motion was served upon the following party via electronic filing on this 18th day of July, 2008:

Edmund P. Wanderling
2505 S. Des Plaines Avenue
North Riverside, IL 60546

S/Nathalina A. Hudson
Nathalina A. Hudson
Assistant United States Attorney

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 08 CR 485 |
| vs. | ) | |
| | ) | Magistrate Judge Arlander Keys |
| CLEMENTE GUZMAN | ) | |

A G R E E D  O R D E R

It is hereby ORDERED that the Criminal Complaint issued on June 19, 2008 is dismissed without prejudice.

ENTER:

_____
ARLANDER KEYS
United States Magistrate Judge

Dated:_____