# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Arlander Keys | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 485 | **DATE** | 7/21/2008 |
| **CASE TITLE** | USA vs. Clemente Guzman | | |

**DOCKET ENTRY TEXT**

The Government's motion to dismiss this case without prejudice pursuant to FRCrP 48(a) is granted.

See attached order for further detail.

Docketing to mail notices.

Courtroom Deputy AC

2008 JUL 21 PM 7:46

CLERK
U.S. DISTRICT COURT

FILED-EDI