UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 08 CR 485 |
| vs. ) | |
| ) | Magistrate Judge Arlander Keys |
| CLEMENTE GUZMAN ) | |

### AGREED ORDER

It is hereby ORDERED that the Criminal Complaint issued on June 19, 2008 is dismissed without prejudice.

ENTER:

_____
ARLANDER KEYS
United States Magistrate Judge

Dated: July 21, 2008